# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

| | | |
|---|---|---|
| **R.S. McCULLOUGH,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | Case No. 4:07CV931-SNL |
| | ) | |
| **TIM D. FOX, et al.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

This case has recently been assigned to the undersigned judge, and on review of the docket the Court finds there is no record of service of the complaint on any defendant.

There is a motion pending for immediate injunctive relief filed by the plaintiff, however, the Court is reluctant to have a hearing on the motion until either the defendants have been served with process, or there is some other record as to the name and address of an attorney representing one or more of the defendants.

**IT IS THEREFORE ORDERED** that further proceedings in this case are **STAYED** until the plaintiff either obtains service on one or more of the defendants, or contacts an attorney representing one or more of the defendants, and furnishes to this Court the name, address and telephone number of such attorney. At that time, the Court will schedule a hearing on the request for injunctive relief.

Dated this ___9th___ day of January, 2008.

_____
SENIOR UNITED STATES DISTRICT JUDGE