

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

R.S. McCULLOUGH, )
 )
      Plaintiff, )
 )
v. ) No. 4:07CV931-SNL
 )
TIM D. FOX, et al., )
 )
      Defendants. )

## ORDER

On January 9, 2008 the Clerk stayed proceedings in this case until service was obtained.

On January 23, 2008 the Plaintiff filed a notice "that Plaintiff is under federal protection (Ch.13) in case number 4:08-bk-10095." This notice supplements the Court's stay order since Plaintiff is in bankruptcy. The case should be stayed until bankruptcy issues have been resolved.

**IT IS THEREFORE ORDERED** that in addition to the reasons for the stay set out in the Court's Order of January 9, 2008, this case will be **STAYED** pending the bankruptcy of Plaintiff.

Dated this 13th day of February, 2008.

                                            SENIOR UNITED STATES DISTRICT JUDGE