IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

R. S. McCULLOUGH                                                                PLAINTIFF

VS.                              CASE NO. 4:07CV00931

TIM D. FOX, ET AL                                                              DEFENDANTS

## ORDER OF RECUSAL

The Clerk's office has been notified by the chambers of the Honorable Brian S. Miller that Judge Miller must recuse from the above-styled civil case due to the fact that a family member is a close friend of the Plaintiff. Therefore, the above-referenced case, will need to be reassigned. The reassignment will occur once a judge has been designated from within the Eighth Circuit.

Dated this 8th day of August, 2008.

                                        AT THE DIRECTION OF THE COURT
                                        JAMES W. MCCORMACK, CLERK

                                        By:  /s/ Dennis J. Wysocki
                                             Chief Deputy of Operations

cc:   Hon. Brian S. Miller
      Betty Tyree
      All Parties